UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA
FOURTH DIVISION

---

Sharia Luese Cook, a minor by David Cook and Sarita Alexander, as parents and natural guardians and David Cook and Sarita Alexander, individually,

Plaintiffs,

vs.

Anchor Hocking Corporation, a Delaware Corporation f/k/a Mirro Corporation,

Defendant.

Civil No. 00-803/MJD/JGL

**STIPULATION TO ALLOW DEFENDANT TO FILE THIRD-PARTY COMPLAINT**

---

IT IS HEREBY STIPULATED by and between the parties, through their respective counsel, that Defendant Anchor Hocking Corporation shall be allowed to serve and file, pursuant to Rule 19 of the Federal Rules of Civil Procedure, a third-party complaint for contribution and indemnity against Deomangal Herrah and Drupatid Herrah.

DATED:__________________.

SCHWEBEL, GOETZ & SIEBEN, P.A.

[signature]
James R. Schwebel (#98267)
Peter Riley (#91765)
Attorneys for Plaintiffs
5120 IDS Center
Minneapolis, MN 55402-2246
612-333-8361

FILED AUG 28 2000
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD__________
DEPUTY CLERK__________

DATED: 8/23/00.

MURNANE, CONLIN, WHITE & BRANDT
PROFESSIONAL ASSOCIATION

William L. Moran # 177167
Alexander M. Dashe #285092
Attorneys for Defendant
1800 Piper Jaffray Plaza
444 Cedar Street
St. Paul, MN 55101
(651) 227-9411

4300651

**ORDER**

**IT IS HEREBY ORDERED** that Defendant Anchor Hocking Corporation shall be allowed to serve and file, pursuant to Rule 19 of the Federal Rules of Civil Procedure, a third-party complaint for contribution and indemnity against Deomangal Herrah and Drupatid Herrah.

Dated: Aug. 28, 2000

The Honorable Johnathan G. Lebedoff
Magistrate Judge
United States District Court