UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA
FOURTH DIVISION

---

Sharia Luese Cook, a minor by David Cook and Sarita Alexander, as parents and natural guardians and David Cook and Sarita Alexander, individually,

Plaintiffs,

vs.

Anchor Hocking Corporation, a Delaware Corporation f/k/a Mirro Corporation,

Defendants.

Court File No. 00-803/MJD/JGL

**STIPULATION TO AMEND PRE-TRIAL ORDER**

---

It is hereby stipulated by and between the parties, through their respective counsel, and in order to properly engage in meaningful settlement negotiations and prepare this matter for trial, the following Pre-Trial Order dates be extended for a period of sixty days as follows:

1. Defendant shall disclose all expert witnesses by February 1, 2001;

2. The period during which the parties may seek discovery shall be completed by April 1, 2001;

3. All non-dispositive motions, specifically those which relate to discovery and the discovery period, must be filed prior to May 1, 2001;

4. Until further notice, all dispositive motions must be noticed, served, filed and heard, in accordance with amendments to the Local Rules adopted by the Court 1/3/00, prior to August 1, 2001;

FILED DEC 29 2000
FRANCIS E. DOSAL, CLERK
JUDGMENT ENT'D ______

5. This case will be considered "ready for trial" as of ~~July~~ August 1, 2001.

Dated:

SCHWEBEL, GOETZ & SIEBEN, P.A.

Peter Riley #91765
Attorneys for Plaintiffs
5120 IDS Center
Minneapolis, MN 55402-2246
(612) 333-8361

Dated: 12/29/00

MURNANE, CONLIN, WHITE & BRANDT
PROFESSIONAL ASSOCIATION

By

William L. Moran, #177167
Attorneys for Defendant
1800 Piper Jaffray Plaza
444 Cedar Street
St. Paul, MN 55101
(651) 227-9411

**ORDER**

It is hereby ordered that the Pre-Trial Order entered in this case on June 7, 2000 is amended in accord with the terms set forth in the parties' Stipulation set out above.

Dated: [illegible]

BY THE COURT:

Magistrate Judge Jonathan Lebedoff

444288.1