UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
THIRD DIVISION

Sharia L. Cook, A Minor, By David Cook And Sarita Alexander, As Parents And Natural Guardians And David Cook And Sarita Alexander, Individually,

Plaintiff,

v.

Anchor Hocking Corporation, A Delaware Corporation F/K/A Mirro Corporation,

Defendant.

Civil No. 00-803 (MJD/JGL)

**ORDER**

The above-captioned matter came on for hearing before the undersigned judge of the United States District Court.

Based upon the files, records and proceedings herein,

IT IS HEREBY ORDERED:

1. Settlement of the claims and causes of action of Plaintiff Sharia Leuse Cook against Defendant in the sum of $45,000 is approved and Petitioner is authorized to sign the necessary releases and other documents.

2. Defendant Anchor Hocking is directed to pay to Schwebel, Goetz & Sieben the sum of $45,000.

3. Schwebel, Goetz & Sieben is directed to pay to U.S. Bank, a Federally Insured Institution, the sum of $23,514.44 to be deposited in a savings certificate in the name of Sharia Leuse Cook, a minor.

4. That fees and expenses of the law firm of Schwebel, Goetz & Sieben in the amount of $16,218.68 are hereby approved.

FILED APR - 6 2001
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD________
DEPUTY CLERK________

5. Schwebel,. Goetz & Sieben shall, at the time of deposit supply U.S. Bank with the Social Security Number or tax identification numbcr of Sharia Leuse Cook. Said Social Security Number is 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.

6. U.S. Bank, 800 Nicollet Mall, Minneapolis, Minnesota 55402 is directed to issue a savings certificate in the name of Sharia Leuse Cook, minor, to transmit the same to the Court Administrator for the Federal District Court, District of Minnesota, Fourth Division for safekeeping within five (5) days of said deposit. U.S. Bank is directed to make no disbursements from said deposit except Order of this Court until Sharia Leuse Cook attains the age of 18 years on May 2, 2014, at which time said funds may be made available to Sharia Leuse Cook upon her request.

7. Schwebel, Goetz & Sieben shall transfer a copy of this Order to U.S. Bank at the same time the sum of $23,514.44 is transmitted for deposit.

8. Petitioner shall file timely state and federal income tax returns on behalf of said minor, if applicable to this distribution.

9. Schwebel Goetz & Sieben shall pay to David Cook the sum of $3,926.88 for lost wages, mileage and prescriptions.

10. Schwebel Goetz & Sieben shall pay to Sarita Alexander the sum of $1,340.00 for lost wages, mileage and prescriptions.

Dated: April 6, 2001

BY THE COURT:

[signature]