UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA
FOURTH DIVISION

---

Sharia Luese Cook, a minor by David Cook and Sarita Alexander, as parents and natural guardians and David Cook and Sarita Alexander, individually,

Plaintiffs,

vs.

Anchor Hocking Corporation, a Delaware Corporation f/k/a Mirro Corporation,

Defendants.

Court File No. 00-803/MJD/JGL

**STIPULATION OF DISMISSAL WITH PREJUDICE**

---

The above entitled action, having been fully compromised and settled,

**NOW THEREFORE IT IS HEREBY STIPULATED AND AGREED,** by and between the parties hereto, through their respective counsel, that said action may be and hereby is dismissed with prejudice and on the merits, but without costs to either party.

**IT IS FURTHER STIPULATED AND AGREED,** that the Clerk of said Court, upon the filing of this Stipulation, is hereby authorized and directed to dismiss said action of record.

Dated: 4/25/01

MURNANE, CONLIN, WHITE & BRANDT
PROFESSIONAL ASSOCIATION

William L. Moran

William L. Moran #177167
Attorneys for Defendants
1800 Piper Jaffray Plaza
444 Cedar Street
St. Paul, MN 55101
(651) 227-9411

FILED MAY 08 2001
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD
DEPUTY CLERK

Dated:

SCHWEBEL GOETZ AND SIEBEN

Peter W. Riley #91765
Attorneys for Plaintiffs
5120 IDS Tower
80 South Eighth Street
Minneapolis MN 55402
(612) 333-8361

**ORDER**

On reading and filing the above and foregoing Stipulation,

**IT IS HEREBY ORDERED AND ADJUDGED** that the above action be and the same is hereby dismissed with prejudice and on the merits, but without costs to either party.

Dated: May 9, 2001

BY THE COURT:

Michael J. Davis

Hon. Michael J. Davis
Judge of United States District Court

00-803